# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | EDCV 25-03155-FWS (Ex) | Date | December 1, 2025 |
|---|---|---|---|
| Title | Nicholle Xiomara Cordova Mejia et al v. James Janecka et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                          Miriam Baird
Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Nicolette Glazer                              Daniel A Beck

**PROCEEDINGS:    PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS AND REQUEST FOR TEMPORARY RESTRAINING ORDER [1], [3]**

Petitioner's Petition for a Writ of Habeas Corpus and Request for Temporary Restraining Order [1], [3] hearing held.   The Court hears oral argument from the parties.   The Court takes the matter under submission.   Order to issue.

:     16

Initials of Deputy Clerk     rrp

cc: